# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0282. IN THE INTEREST OF JO. W. et al., CHILDREN.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals. The motion for leave to amend, filed by the respondent parents, is DENIED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/12/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*